# Individual Statement

Date Printed: 1/25/2005

## For Month of December 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($214.91) |
|---|---|---|---|---|---|---|
| 00163750 | Proctor | Ronald | | | | |

Current Location: SU/1    Comments: QOL3 OWES DST 3000.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 12/10/2004 | $0.00 | ($4.00) | $0.00 | ($214.91) | 42637 | | 9/24/04 | |

Ending Mth Balance: ($214.91)

05-134