Rev. 5/77

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
FEB 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald Z. Proctor Jr

(Enter above the full name of the plaintiff in this action)

v.

Captain Clyde Sears
Col. Frank R. Kromka
LT. Harry Savage

CA. NO. 0 5 - 1 3 4

Jery Trial Demand

Class Certification *

(Enter above the full name of the defendant(s) in this action

Brian Engrem a Obreeian
CO Jane Moran

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal courts dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
YES [✓]    NO [ ]

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.    Parties to this previous lawsuit

Plaintiffs  Numerious

Defendants  Numerious

* Federal Civil Rico. Violations Enclosed

2. Court (if federal court, name the district; if state court, name the county)

Numerious

3. Docket number Numerious

4. Name of judge to whom case was assigned Numerious

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Numerious

6. Approximate date of filing lawsuit Numerious

7. Approximate date of disposition Numerious

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ✓ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ✓ ] No [ ]

C. If your answer is YES,

1. What steps did you take? Refused ANd Illegally To Exept Case / Grien. See Exhibit B

2. What was the result? See Exhibit B

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ✓ ] No [ ]

F. If your answer is YES,

1. What steps did you take? Wrote E. Burris Dep. Warden Asked Veeboly D def Sarge

2. What was the result? Nothing

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff ___RONALD E PROCTOR JR___

Address ___1181 Paddock Rd Smyrna De 19977___

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant ___CAPT. C. SPEERS AND All other defendants___ is employed as ___ARE AT DCC - Smyrna SHU UNITS.___

C.    Additional Defendants ___All IN Heading ARE AT___
___DCC - Smyrna___
___1181 Paddock Rd___
___Smyrna, De 19977-9677___

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

ON 9-7-04 Cpl. F. KROMKA IN A CONSERTIATED CONSORTUM
With CAPT C. SPEERS deined ME TO BE PRESENT duON A SeaAch of my
PROPRETY AND With The direct Threat of PERSONAL INJURY TO MY
PERSON by The direct STATEMANT of CAPT C. SPEERS ordering ME
TO follow him. I WAS FORCED FROM THE POSSESSION of my LEGAL
files That WERE PENDING CASES) AGAINST DOC.-OfficiAls)
AND EXCESSIVE USE of FORCE ClaiM(s) THAT EXSERT
1 ST AMENDMENT ClaiMs of SEIZURE of LEGAL files

In Disciplinary Report # 1012627* In that Cpt.
t. Kronika Took Jaw Book's, Jewel files And
certified Them As Contraband. They were In
fact Excessive Jewel files** Beyond The 2 Box
Total property Allowed by Jtms That defendant
C.O. Jane moran Brought me. on 9-11-05 Along with
Empty Pen And Jewel Proper's Trashed And Mixxed
Together like A 6 yr old kid Would Inter-mixxed
All Papers in manner To Show And Instill Illegal
Conduct, Defendant Lt. J. Savage After disposing
of Jewel proceedings in Disciplinary Hearing Report
# 1012627 Refused Contrary To Insj. policy To
Return All Jewel files Belonging To The lawfully owned
Jtm's. And has Made Several Statements lying Each
Time That. A.) I'll Bring Tomorrow B.) They Are Not
yours. C.) I Think They Were Thrown Away. / All like-
-ness To one lie To The Next To Cover-up And Cont-
-inue Ongoing Seizure Illegally done, Illegally

(2)

─────────────────────────────

* This was Admitted by Capt C. Jrogers See Exhibit A-1 Thru
A-5
** See Exhibit B-1 Thru B-2



(See Exhibit C) Thereafter As direct Nexus
To Stop Prevent And deny Access To The
Courts To Present These Allegations Brien
Snyder did with Intent Refused To provide
Access To (Dents) Specifically Requested
To Complete And Appeal JP. Court #9 Dismissal
See Exhibit D-1 Thru D-6 And Is Current
Subject To 500 Grievances over A 3yr
Period And 40+ Jow Suits And one Class-
Asion Based on The Same Conduct in 3rd
Circuit Court of Appeals In Camo. Appeal
No. 04-3397 + 04-3903 (See Exhibit E) And
Subject To The Same Type of Illegal
Acts As herein That Support.

A.) A Combined Effect By All
Actors To Prevent Imminant Danger Exceptions
And Excessive use of Force Claims To State And
Federal Courts out-side of (PLRA-Acts) And
In Violation of 1st Amendment Violations of Access
To Courts.

B.) The Aforesaid is Res Iapadaveri
Issue(s) As Contained in Grien(S) Exol i.h.s. Dr.
Reports Since Employment of April 2002.

C.) Also Subject of All Acts done
out-side Job or for more Requirements In Violation
of State 10 Del.C. § 4001 thru 4010 Immunity Provision

(3)

D) THAT Conducts described ARE done Soley TO Circumvent or Allow Courts TO View Their Action.

E.) Plaintiff has Incurred A direct Violation of Access To 1st Amendment Violations In Proctor v. Giles ETAL. 11th Cir has Now Notified The 3rd Circuit To Show The Court A Pattern of Illegal Conduct of documentations Copy-Service Access To Any Requests Concerning This 11th Cir Case That Was Active for 7 Yes! And dismissed (Now Reversed by Courts order To Re-Open Appeal Based on 3rd Circuits Evidenciary Claims And denial of Access To Courts To present Document or Prosecute Civil Actions That Are 1st Amendment Violations Conducive of Imminent Danger Exception (Cases) Pending In 8-12 Courts (All Courts Are Awaiting 3rd. Circuits determinations) on 1st Amendment Violations By A Sole State Actor Nexus in This Case Brion Engrem And Sadik (correct) of Sadik (Garden v. S. Taylor ETAL. Ca No. 04-cv-1463 Filed 11/22/04.

F.) Based on The Aforesaid This is A Class-Action Based Case!

JANUARY 21, 2005    3:00 PM → Right AFTER I LEFT LW UG TRNT @ BLD #20″!

CAPT. JudeSilVia. BETTY BURRIS. Too WARDEN.

I do NOT EXCEPT THE FACT YOU COULDNT hEAR ME OUT. BE REMOVED ME FROM MY LEGAL FILES ON 9-7-04. FRANK KESMKA HAD AN ALTERATIVE MOTIVES NEXUS TO A PREVIOUS INCIDENT IN 2002 AND HE HAD WANTED TO GET BACK AT ME FOR CAUSING HAVOC IN BANKRuPTcy PROCEEDING IN DISTRICT COURT CHAP. 13. HE TRIED TO GET AT ME A JOEY BELIANGER STOPPED HIM. AND PUT HIM ON VIDEO W/ J. LAST TIME WE WENT THROUGH MY LEGAL GOODERS AND ONLY CAME UP WITH 1 BOX EXTRA STUFF ½ OF THAT WAS Law Lib MATERIALS. Thus, I SAY THIS BECAUSE YOU KNOW AND I KNOW FRANK REMEDIED YOUR INFO BY SAYING ON 9-7-04

"hE dOES HAVE TO BE HERE WHEN I GO THROUGH HIS STU"

YOU REMOVED, YOU ALLOWED HIM TO DO HAVOK REMOVE, SHUFFLE TAKE OUT STOP. PREVENTION AND SCREW UP AND CAUSE ME TO LOOSE A #647,000.00 JUDGEMENT I HAD IN FLORIDA IT IS ON APPEAL IN 11th CiR. DISMISSED AS FAILURE PROSECUTE. NOT WITHSTANDING THAT CASE

EXHIBIT "A"

("HANDWRITTEN")    "TRUE COPY"

CNI B.2        C. OFFICERS        1-21-05

I ALSO LOST A CASE IN SUPERIOR COURT IN KENT CO. AND I CAN GO ON AND I CAN SHOW YOU DOCUMENTATION TO PROVE THIS POINT OVER AND OVER. WELL YOUR REPLY WAS TO CUT ME OFF AND SAY

"
I BET YOU'VE GOT CASE'S DOWN THERE NOW, THAT ARE NOT ACTIVE" SHAKE HIM DOWN WHEN YOU GO BACK" ... SK. idie
CAPT C SPACE
TODD WHALEY
10-4-10

FIRST, YOU DON'T WANT INVOLVED OR HAVE NOTHING TO DO WITH "LEGAL SHIT" Etc., WELL YOU BECAME INVOLVED WHEN YOU ORDERED ME AWAY FROM MY PROPERTY., (I WAS ONLY 'I'm MOVED THAT DAY THAT DID 'NOT' TAKE THEIR PROPERTY WITH THEM.) YOU THEN HAVE TAKE A I DON'T CARE OR ATTEMPT TO RESOLVE AND/OR

"GIVE ME MY 'ACTIVE LEGAL FILES' FRANK KROMKA' RETAINED AND OR IN EVIDENCE IN DR# 10126627"

(2)

Exh A-2

Cont. P. 3                    C. Segars                    1-21-05

BACK.

I have asked Betty Burris, Mr. Richardson And Sgt. Conley. (I even found a weapon that could cause death or serious injury and notified everyone + sarged, etc., and ended up turning into Sgt. Conley) who took it Betty.) Nothing has been given back.

These (cases) (files) (concerned issues) of first amendment and fourteenth amendment access to the court overtures that have (caused) me to loose or stay or dismissal of (cases) that I will re-open once I get this case resolved. That, you don't give a shit about! And what to cover up that I had excessive amounts of legal (files). Well you started this lie and (your advancing my (crimes) by your out-right denial for me to even to state my claim to you verbally. Well I will now tell in the courts and I will cause this action to be another thorn in your side. I rejected you last year, I now have NO respect for your decision on this simple task......

Exh. A-3

CN (9(4)          (IDE CARES.                    1-21-05

To Allow ME To go Through What was put INTO Evidence That of Jerry Savage Says he's got! In Aforesaid Dr # 1012627"

And I will go through these files NOW IN Open Court and Im going pose one Question To you.

"Why"

And Then, I will Show You, You Should of 'Resolved' 'WHAT' you were deceptively deceived and acted accordingly in a combined Retaliatory Nexus of The demented Personal acts of fuck boy FRANK KROMKA. I will Take This To Court And Sure As Shit Stinks I 'will' hold EACH And everyone involved who does nothing To Stop This Bullshit That has Cost ME To Revamp my Cases, And Play Cat And Mouse Tricks To Set my Case Alined again IN The Same Positions

Exh A-4



They were before September 7, 2004. What's even more evident The Disciplinary Proceedings have been done, said appeal over with and J. Savage was said, he would give my files Back. And Someone has Stopped him. Or

Fuck Boy FRANK KROMKA TRASHED my Legal files........

Then, I will be Coming After his ASS with So much litigation you'll wish Jeffrey K. MARTINEZ. And Teacher Case won't even Compare too. Believe that. And I've lived in These Cells 35 Years, and that is my Word.

Provide ACCESS To my files IN Det 012607 And have a CAMERA Present. like Joey Bellamye did And I'll Show you've Jumped iN Bed with, Something That's NOT going AWAY.

xc: file (Hand Copy)

X _____ Jr.

Ronald Edward Roberts
# SBI 63750 Steven Dee
1181 Paddock Rd
Smyrna De 19977 C.A.

Ex. A-5

IN THE COURT OF COMMON PLEAS OF THE
STATE OF DELAWARE IN AND FOR
NEW CASTLE COUNTY

2004 - 10 - 389

COURT OF COMMON PLEAS
2004 OCT 18

RONALD E. PROCTOR JR ETAL.,
Plaintiff / Appellant.

-Vs.-

JT. J. JAVAREE ETAL.,
Defendant / Appellees.

CADOS APPEAL DENIED
72.3 CASE

LOWER COURT JOH9
CA. NO. J0408000209

Notice of Appeal

I Ronald E. Proctor Jr dose Plaintiff Appellant
in the Above styled Appeal pursuant to C.C.P.
Civil Rule 72.2. And 72.3 I would Appeal
the order (final) of: 10-1-04* in CA NO. J0408000
Issued By Hon. JR. Justice (Refused to sue    I do
hereby Appeal To This Court And Issues on Appeal
Are:

A.) Denial of Imminent Dangers Exception
B.) Denial of Extension of time due to
Denial of Access to Scribe Materials to Complete
Legal filings By State Actors.
C.) Denial of Notification or Provide 14
Appeal Rights Notifications.
D.) First Amendment Violations
of Imminent Danger
Exceptions Does [illegible]

Dated: 10-10-04

RONALD E. PROCTOR JR
1181 Paddock Rd
Smyrna, De 19977

* Also 10-4-04 order

10-10-04

Clerk

cc@. NC

① I would ask That You Stamp
This in. And Return a copy June

② That You Notify Lower
Court I Need Record Sent up
To Your Court.

③ That You Send me
Necessary Appeal Package Form(s)
Need To File An Appeal And Waiver
of Cost. And Desi. of Record. Since
F- Boy B. Engram Jron #6 At
DCC - @ SHU Refused To Give
me Form Says To Do So. or
Rules To do So. Thankyou

#032

**FORM #584**    Inmate Copy

**GRIEVANCE FORM**

FACILITY: _DCC SHU_    DATE: _11-10-04_

GRIEVANT'S NAME: _L. Brock_    SBI#: _163250_

CASE#: _9069_

TIME OF INCIDENT: _____

HOUSING UNIT: _19DLB_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_J.L. Savage has held my file_
_since 9-7-04 in the_
_Civil Action no. 04-864JJF_
_Taken on 9-7-04 I have_
_incurred dismissal based_
_on this illegal w/holding of my_

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: _____    DATE: _11-10-04_

**RECEIVED**

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

NOV 22 2004

Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

April '97 REV



DCC   Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/22/2004

Inmate Copy

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** PROCTOR, RONALD E J | **SBI#** : 00163750 | **Institution** : DCC | |
| **Grievance #** : 7955 | **Grievance Date** : 10/17/2004 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Law Library | **Incident Date** : 10/03/2004 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 19, Upper, Tier D, Cell 2, Single | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On 10/3/04 I received order from JP 9. exhibit A.The same day ther of I wrote to LL to get various items appeal package and Delware Supreme Court rules on cert. B. Engram for 7 days sent nothing then on Fri 10-8 I verbally told B Engram I wanted all items back from 10-3 to 10-9 he held my request that clearly out-lined what i needed beside copy-service. All was returned without JP. to CCP appeal packet. On 10-6-04 I again asked for appeal package #4 see exhibit B also only copies were sent to me see staff note at bottom of 10/6/04 nothing else was sent.

Note to Legal Administrator Little: Copies of exhibits will be forwarded.
Merson.

**Remedy Requested** : Investigate.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Little, Michael |
| **Grievance Amount :** | |

Cont G. 2

Items # 2 Thru 11 Were 'NOT' Sent.
Then on 10-10-04 (Exhibit 'C') I Again
Asked For AT # ① A Appeal Packet Etc.

On 10-14-04 Received 10-16-04 I Recieved
A See Staff Notes At Bottom:
Sent: JP. CT CV. PKT. See Exhibit D

This is NOT AN Appeal Packet And
B. Engram Knew This And Sent The Wrong
Item. This Was After It Was Already Requested
3X Times A Once Verbally At my door.

Also Notice On Exh C. AT #5 2 ANDORE
Fed. Practice Para. 1207 (2-5) Index Too:
B. Engram Has Access To This But he
Marked "NOT" Found (Bs.) Knowingly
Aware of The Intent To Deny Access.
Again On 10-12-04 I Ask
For AT # ⑥ I Ask For 5th Time
JP. Curt Appeal Package Due 10-15-04
Exh D-?

CON'T P. 3

AGAIN AT BOTTOM AT STAFF NOTES:
"SENT PHOTO COPIES 7 PAGS."

NOTHING ELSE'S WAS SENT, OUT OF 12
REQUEST. ONLY 7 PAGES WERE GIVE AGAIN
A.) DENYING ACCESS B.
POSTAL POEMS GOE TO A POOL

1 DUE 10-15-04.

B. ENGREM did SO, KNOWINGLY
AWARE. AND WHATS MORE.

1 SENT THE COURT ORDER
FOR 6TH TIME.

NOW, GOING ON 23 DAY B. ENGREM
HAS SENT ME NOTHING NO ITEMS
ASKED. BUT KEEP SAID NOTES AND
CAUSES 7-10 DELAYS ON SACH ONE

CONT Q.4

#16

AND Hold Legal Work or
denying Items to file Appeals(s)
or Other Pleadings With.  SEE
                          EXHIBIT F
                          AND F-1

I HAVE Put in A Sick Call
Slip to Psy Services And on
10-14-04 Dr Jman Came to See Me
To The Severe Psy trauma I WAS having
As to NON-Access And Acts of B. Engram
on my Person ALL over Again like he's done
Now for 3 yrs Without ANY INTERVENT
By Capt. J.M. Merson And Admin.
Personal As to Incident that
Number In The Hundreds
And over 300 Grievances
Filed B Engram is Again Harass
Denying And Starting Altercations

# 015
Engerw101

CONT C/o's

I HAVE ALSO PERSONALLY
WROTE JT C. SRACORD D.W.
OFFICER AND C/o's ON JRIE
AND SGT THOMAS.
ALL HAVE ALLOWED CONTINUED
EVERY DAY ACTS TO be done
TO my PERSON BY B. ENGREM
AND THE PSY EFFECTS ARE GOING
TO CAUSE SEVERE PSY INJURIES
AND Could RESULT IN DEATH OR
SREIOUS INJURIES TO OCCURRED
OR HAPPEN AS A DIRECT RESULT
OF THE SAME PATTERN OF ACTS
NOT STOPPED BY ANYONE
AND ALL ALLOW THIS C/o TO
DO EVERY DAY ACTS AS AFORESAID

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 04-3397 & 04-3903

Willis v. Engrem

To: Clerk

1)  Submission of Ronald E. Proctor, Jr. Dated November 11, 2004

---

The foregoing submission is treated as the opposition to appellees' motion for extension of time as it is denominated.  The opposition is noted, but would not change the outcome of the November 23, 2004 order.

For the Court,

*Marcia M. Waldron*

Clerk

Dated: December 7, 2004
CMD/cc: Mr. Ronald E. Proctor Jr.
            Richard W. Hubbard, Esq.

Exhibit "Z"

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments
Cite no cases or statutes.)

$350000 FROM EACH STATE AJE DAMAGES

$50.0000 PERSONAL DAMAGES OUT-SIDE OF

IODELC. 4201+400 AGAINST BRION SNOSM.

ORDER TO ALL COURTS THAT have Closed dismissed

CASES) due TO Jllegal ACTS. OD defandants And

Class-CARTIFICATION Based ON Jllegal Insany

Signed this __14__ day of __FEBRUARY__, 2005    Conduct of Brion

Snosm. Nexus To

All Jllegal Conduct

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__2-14-05__
Date

_____
(Signature of Plaintiff)