IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ronald E. Proctor Jr.,
Plaintiff,

V.

Capt. C. Sears et al.,

Civil Action No: 05-134-JJF

```
FILED
AUG - 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

## MOTION TO REINSTATE

Come Now, Ronald E. Proctor Jr. Prose in the above styled cause pursuant to Rule 60(b) to reinstate the above action that would three fold show:

1.) Imminent Danger is present in the above action (See Exhibit "A")

2.) The Issues contained therein — under complaint present a 1st Amendment on-going First Amendment Rights violations as to seizure of legal files to support imminent danger ex-ceptions as contained in evidence withheld in Dr. No. 10/2627 filed by Cpl. F. Kromka and withheld by J.J. Savage to date.

3.) The complaint should not of been dismissed without an evidentary hear in order to subpoena duce tecum the above Dr. No. 101

(over)

2621.

4.) The Issues Contained in The Instant Complaint Presents A Colorable Claim in Which Petitioner Was Subjected To Threat of Imminent Danger And Would Therefore Present A Valid Claim in Which Plaintiff Could Prevail Upon At Trial.

Wherefore Plaintiff Would move To Reinstate This Case. And Set Matter for An Evidentiary Hearing.

X _____
Mr. Ronald E. Proctor ###163750 Jr.
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dated. 7-21-05