State of Delaware  
County of New Castle SS

AFFIDAVIT/STATEMENT  
of: Ronald E. Pritchett  
CA No. 05-134-JJF

FILED  
AUG - 8 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

STATEMENT

On September 7, 2004 Cpt C. Segars did with the threat of force remove me from the area that Cpl. T. Kromka was inventorying my jail orders. I objected and was told I would be cuffed and stuff if I didnt move NOW. This was a direct order of imminent danger of force to be used against my person based upon my asserting my right to the taking away of me from my property being gone through by another CO who retaliated against me and took my jail files that were active first amendment violations and did so under threat of imminent danger or the direct threat of excessive force had I 'not' moved at that moment and was intended to deprive me of access to the courts as a direct violation of my first amendment rights and the intended threat was done by a captain who could of and would of order excessive use of force against my person for asserting my first amendment rights thereunder.

Sworn to and subscribed before me this 6th day of May 2005.

x Ronald Pritchett  
x Steven D Engrem  
Notary Public

Exhibit "A"



This was Sent By Mr. TJM. ST. NOT Kept the Cost of Copies